

## COURT OF APPEALS
### EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| MGA INSURANCE COMPANY, INC. | | No. 08-16-00192-CV |
| D/B/A GAINSCO AUTO INSURANCE | § | |
| AND/OR GAINSCO AUTO | | Appeal from |
| INSURANCE AGENCY, INC., | § | |
| | | 353rd District Court |
| Appellant, | § | |
| | | of Travis County, Texas |
| v. | § | |
| | | (TC # D-1-GN-16-002546) |
| SAMLA JIFT VELASQUEZ-RAMIREZ, | § | |
| | | |
| Appellee. | § | |

### MEMORANDUM OPINION

Pending before the Court is Appellant's unopposed motion to dismiss the appeal because the parties have settled the dispute between them. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

January 25, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating